**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 21-1625**

---

DAVID M. THOMPSON,

        Plaintiff - Appellant,

    v.

U. S. JUSTICE DEPARTMENT,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Arenda L. Wright Allen, District Judge.  (4:19-cv-00033-AWA-LRL)

---

Submitted:  May 18, 2022                                      Decided:  June 2, 2022

---

Before GREGORY, Chief Judge, HEYTENS, Circuit Judge, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

David M. Thompson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David M. Thompson appeals the district court's order granting summary judgment to Defendant in this civil action alleging violations of the Freedom of Information Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thompson v. U.S. Justice Dep't*, 4:19-cv-00033-AWA-LRL (E.D. Va. Mar. 29, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*